# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>vs.<br><br>**Yesarel Alexander Sahagun**,<br><br>                      Defendant. | Case No. **24-cr-01286-TWR -1**<br><br>JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION, EXONERATE BOND AND RELEASE OF PASSPORT |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

      IT IS SO ORDERED that the information in the above-entitled case be dismissed with prejudice, the bond be exonerated, and passport released by Pretrial if held.

Dated: 7/9/2025

*/s/ Jill Burkhardt*
Hon. JILL L. BURKHARDT
United States Magistrate Judge